IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01562-EWN-MJW

JACQUELINE GILBERT,

Plaintiff(s),

v.

SRA ASSOCIATES, INC.,

Defendant(s).

## MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 6) is GRANTED finding good cause shown. The written Protective Order (docket no. 6-2) is APPROVED and made an Order of Court.

Date: September 26, 2008